JOSE ANTHONY BORJA (CDC# T-54311)
FULL NAME

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
CA.STATE PRISON.SACRAMENTO . A.7 #219
P.O.BOX.290066,REPRESA, CA 95671
PRISON NUMBER (if applicable)
CDC# T.54311

FILED
CLERK, U.S. DISTRICT COURT

MAY 17 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANTHONY BORJA,

PLAINTIFF,

v.

CAL.CORRECTIONAL OFFICERS; J. BORRAYO;
O. ROMO MUÑOZ

DEFENDANT(S).

CASE NUMBER

CV21-4148-DDP(JEM)

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes    ☐ No

2.  If your answer to "1." is yes, how many? ONE

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) CASE WAS FILED IN SOUTHERN DISTRICT OF CALIFORNIA. U.S.C 1983. EIGHTAMENDMENT VIOLATION OF CRUEL & UNUSUAL PUNISHMENT AGAINST 6 CORRECTIONAL OFFICERS IN CALIPATRIA STATE PRISON. THAT FILING FEE WAS PAID IN FULL BY MY FAMILY. CASE WAS IN PRO PER - I LOST DUE TO FAILURE TO PROSECUTE. JOSE BORJA V. F. GONZALEZ, ETAL / CV.NO.10-01379-CAB(WMC) WAS IN, "AM IN OVER MY HEAD".

a. Parties to this previous lawsuit:
Plaintiff _JOSE A BORJA (CDC# T·54311)    V.F. GONZALEZ ET. AL_

Defendants _F·GONZALEZ ET/AL   STATE OF CALIFORNIA - CA. DEPT. OF CORRECTIONS_

b. Court _U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA_

c. Docket or case number _CV-10-01379-CAB (WMC)_

d. Name of judge to whom case was assigned _WILLIAM McCURINE JR. US. MAGISTRATE_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _NO. FAILURE TO PROCECUTE -AFTER COMPLETING HALF OF TRIAL ORDER._

f. Issues raised: _CRUEL UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT OF U.S. CONSTITUTION_

g. Approximate date of filing lawsuit: _JUNE 30, 2010_

h. Approximate date of disposition _ON OR AROUND ▮ 2012 SEPTEMBER_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒Yes    ☐ No

   If your answer is no, explain why not _I AM ALSO WAITING ON FINAL LEVEL OF REVIEW FOR A "SECOND" SUPPORTING" INMATE GRIEVANCE FOR INTIMIDATION AND COERCION / BY THE FUTURE DEFENDENT. ▮ FOR FILING THE OPPERATIVE GREVIANCE THAT IS EXAUSTED AND ATTACHED (20 PAGES)_

3. Is the grievance procedure completed? ☒Yes    ☐ No

   If your answer is no, explain why not _A SECOND "SUPPORTING" ONE - is Still PASTDUE AND PENDING THE CONTROLLING OPPERATIVE APPEAL/GRIEVANCE - is ATTACHED. 20 - PAGES_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _JOSE ANTHONY BORJA_
                                                          (print plaintiff's name)

who presently resides at _CALIFORNIA STATE PRISON. SACRAMENTO · PO BOX 290066; REPRESA, CA 95671_
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_CALIFORNIA STATE PRISON -LA·COUNTY - LANCASTER ·_
                  (institution/city where violation occurred)

on (date or dates) MAY 26, 2019 , JUNE 7, 2019 *TO* 11·9·19 , _____.
(Claim I)          (Claim II)                    (Claim III)

**NOTE:**  You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  J · BORRAYO  BADGE/ID # 88956 _____ resides or works at
(full name of first defendant)
CALIFORNIA STATE PRISON · LA -COUNTY · LANCASTER
44750  60TH STREET  LANCASTER, CA 93539
(full address of first defendant)

CALIFORNIA CORRECTIONAl OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

WORKING AS A CORRECTIONAl OFFICER _____

_____

2. Defendant  O· ROMO MUÑOZ  BADGE/I.D# 91819 _____, resides or works at
(full name of first defendant)  CALIFORNIA STATE PRISON · LA · COUNTY · LANCASTER
44750 60TH STREET, LANCASTER, CA 93539
(full address of first defendant)

CALIFORNIA CORRECTIONAl OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

▓▓▓▓▓ WORKING AS A CORRECTIONAl OFFICER _____

_____

3. Defendant  _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual     ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____


5.  Defendant _____ resides or works at

    _____
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual     ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS\***

**CLAIM I**

The following civil right has been violated:

EIGHT AMENDMENT OF THE UNITED STATES CONSTITUTION; CRUEL AND UNUSUAL PUNISHMENT/UNNESSESARY FORCE RESUALTING IN SERIOUS-PERMENENT BODILY INJURY, WHILE CLOAKED IN THE COLOR OF AUTHORITY.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) ON MAY 26, 2019 I PETITIONER JOSE ANTHONY BORJA (FROM HERE ON-BORJA) A STATE PRISO-NER HOUSED AT THE TIME AT CA·STATE PRISON, L.A·COUNTY IN LANCASTER. PETITIONER WAS AT THE TIME AND IS STILL A PRISON/PATIENT IN THE E·O·P (ENHANCED OUT PATIENT PROGRAM) LEVEL A MENTAL HEALTH PROGRAM. BORJA·PETITIONER WAS INVOLVED IN A ONE ON ONE FIST FIGHT WITH A INMATE DANIEL OLIVARES (CDC# BA0614) ON C-FACILITY RECREATI-ON YARD· THREE OR FOUR PUNCHES WERE EXCHANGED BEFORE 5-BLOCK'S (HOUSING UNIT) CONTROL BOOTH OFFICER FIRED A NON-LETHAL SPONGE ROUND OUT OF HIS 40 MM LAUNCHER OUT OF HIS YARD WINDOW· A ORDER WAS THEN GIVIN OVER C-FACILITY'S REC YARD OBSERVATION TOWER TO "GET DOWN!" / A ALARM WAS THEN SOUNDED· THE ORDER WAS GIVIN OVER THE P/A SYSTEM AFTER THE SHOT DESPITE OFFICER DIXON AND GONZALEZ REPORTS·(USUALLY FOR THE CORRECTIONAL OFFICER (FROM HERE ON C/O) TO GET A SHOT OFF & BRAG LATER WHO HAS A BETTER SHOT AMONGST EACH OTHER AT TIMES OPENLY ████████ ███████.)

2) WE INMATE DANIEL OLIVARES AND PETITIONER      (SEE ATTACHED CONTINUATION→)

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

MONETARY DAMAGES IN THE AMMOUT OF $300,000. THREE HUNDRED THOUSAND DOLLERS AND PUNITIVE DAMAGES IN THE AMMOUNT OF $100,000. ONE HUNDRED THOUSAND DOLLERS

MAY, 7, 2021
*(Date)*

Borja, Jose Anthony
*(Signature of Plaintiff)*

CONTINUATION: SUPPORTING FACTS

1  IMEDIETLY COMPLIED AND "PRONED OUT" LAID DOWN ON OUR STOMACHS ARMS/LEGS

2  EXTENDED OUT. BORJA HAD HIS HEAD VISION FACEING 5 BLOCK HIS BACK TO THE REC

3  YARD AND INMATE OLIVARES WAS FACING THE YARD, HIS BACK TO S-BLOCK. PETITI-

4  -ONER HEARD KEYS, THE OFFICERS APPROACHING US. I-BORJA WAS THEN STRADDLED

5  ON LIKE A HORSE ON THE SMALL OF MY BACK NEARBY INMATES BEGAN GIGGLING, THE

6  STRADDLE IS NOT A DEPARTMENTAL APPROVED TECHNIQUE UNLESS OF A STRUGGLE. I IMED

7  -IETLY FEALT IT WAS A FEMALE, WHO THEN LAID ACROSS MY BACK AND SAID IN MY

8  EAR "DON'T MOVE MOTHERFUCKER." BY THE VOICE, SMELL, WEIGHT PETITIONER BORJA KNEW

9  IT WAS CORRECTIONAL OFFICER J. BORRAYO ABOUT 5'3, 170 POUNDS ALWAYS LOUD,

10 ATTENTION SEEKING.

11 3) SHE BEGAN TO DO A CLOTHED BODY SEARCH STILL STRADDLED ON BORJAS BACK WHILE

12 C/O ROMO-MUÑOZ DID THE SAME TO INMATE OLIVARES MINUS THE STRADDLE. C/O J.

13 BORRAYO BEGAN TO MANHANDLE MY ARMS WHEN I WAS 100% COMPLIANT AFTER TELLING

14 HER SEVERAL TIMES "YOUR HURTING ME THRU THE PAIN. I FINALLY SAID "YOU FAT BITCH YOUR

15 HURTING MY ARM" STILL COMPLIANT EXCEPT FOR MY VOICE & OTHER RESPONDING OFFICER

16 -S INCLUDING SARGENT HYDE STOOD BY WATCHING. A JOE C/O J. BORRAYO HAD ME

17 HANDCUFFED C/O BORRAYO STATED "OH IM A FAT BITCH"," SHE BEGAN TO PUSH BORJAS

18 HANDCUFFED ARMS UP TO THE BACK OF HIS HEAD & NECK AREA "OVER & OVER" CAUSING PETITION

19 -ER TO SCREAM IN PAIN, & WHOULD PUSH HIS HANDCUFFED ARMS UP IN THE AIR.

20 6 OR 7 TIMES WHILE STILL STRADDLING HIS BACK GETTING MAX LEVERGE.

21

22 4) PETITIONER COULD THEN FEEL THE SNAPPING, POPPING & TEARING SCREAM-

23 -ING THRU THE PAIN, THE(R) SHOULDER GAVE PETITIONER THEN TOLD HER "YOU

24 FAT BITCH YOU BROKE MY ARM" C/O BORRAYO THEN STATED "SHUT THE FUCK UP

25 BEFORE I BREAK YOUR OTHER ARM". PETITIONER TOLD HER "THAT WAS FUCKED UP YOU

26 FAT BITCH I WAS COMPLIANT. (BORJA-APPLIGIZES TO THE COURT FOR THE

27 LANGUAGE BUT IT HAPPEND). BOTH BORJA AND C/O J. BORRAYO CONTINUED TO

28 ENGAGE IN A PROFANITY TIRADE, WHEN OFFICER ROMO-MUÑOZ (ROMO HERE ON!)

## CONTINUATION: SUPPORTING FACTS

MEDICAL VISITS, EVENTUALLY THERAPY VISITS TWICE BETWEEN THE DAY OF ABUSE AND AUGUST 2020 DISPITE EXPLAINING HOW THE HANDCUFFS WERE USED AS A WEAPON ON ME ~~WHAT~~ I WAS FEELING DOCTORS ~~DID~~ NOT TO SEND ME TO THE HOSPITAL CLEARLY A OPTION CITED IN THE CAL·CODE OF REGULATIONS TITLE 15. (UNLESS YOUR ARMS DETACHED LAYING ON THE GROUND YOU'LL BE GIVEN ASPRIN & TO DRINK ALOT OF WATER). PHYSICAL THERAPY ENDED IN TWO REJECTIONS BY THE PHYSICAN THERAPIST WHO REFUSED TO WORK ON BORJA UNTIL A M·R·I WAS DONE. IN HER WORDS SHE TOLD PETITIONER BORJA SHE DID NOT WANT TO MAKE MY UNKNOWN INJURY WORSE. IT TOOK 1-YEAR FROM DATE OF ABUSE BY C/O J. BORRAYO ON (5·26·19), AT THE REQUEST OF TWO PEOPLE, MEDICAL STAFF PHYSICAL THERAPIST & A ORTHOPEDIC SPECIALIST (ALON ANTEBI) ANTELOPE VALLEY ORTHO PEDIC SPECIALIST. APARENTLY **DR·** KEHINDE A PRISON DOCTOR DIDN'T KNOW WHAT WAS WRONG OR WHAT TO DO WHEN A INMATE CAN'T LIFT ~~&~~ UP A CUP OF COFFEE. WHEN TREATED LIKE VETEREN & SENATOR JHON MCCANE.

9)      ON MAY 19, 2020 THE M·R·I WAS DONE & REVEALED 2-TORN BALL JOINT ~~TENDONS~~ 1-TORN BICEP TENDON THE BIG ONE; AND A COMPLETLY TORN ROTATOR CUFF. DR. SPECIALIST ANTEBI STATES TO PEPITIONER BORJA "TOO MUCH TIME HAS ELAPSED (1-YEAR) MY TENDONS ARE NOW IREPAIRABLE. HE WOULD PERFORM SURGERY TO PROVIDE SOME COMFORT FROM THE PAIN. CDC. WAITED TO LONG TO DIAGNOSE ME. ON SEPTEMBER 16[TH], 16 MONTHS AFTER THE WANTON ABUSE BY C/OFFICER J. BORRAYO SURGERY WAS PERFORMED. 1, MANIPULATION UNDER ANESTISIA RIGHT SHOULDER; RIGHT SHOULDER ARTHROSCOPY; SHOULDER (R) GLENOHUM -ERAL SYNOVECTOMY; (R) SHOULDER PROXIMAL BICEPS TENDON TENOTOMY W/SOFT TISSUE TENDINOSIS; (R) SHOULDER MUMFORD PROCEDURE; (R) SHOULDER ACROMIOPLASTY AND (R) SHOULDER RTC DEBRIDEMENT.

## MEDICAL ISSUES PERSIST

PETITIONERS BICEP WILL NEVER GROW AGAIN THE TENDON HAD TO BE SCREWED TO HIS UPPER ARM BONE PERISTANT PAIN MULTIPLE DOCTOR & NURSE VISITS, I HAD X·RAYS AND ANOTHER M·R·I ON 4·2021 AND AM AGAIN WAITING FOR TRANSPORT TO A OUTSIDE SPECIALIST FROM THE SERIOUS BODILY INJURY.



CONTINUATION : SUPPORTING FACTS

LEFT OLIVARES, CAME TO US & TOOK BORTA AWAY FROM THE CUSTODY OF OFFICER
J. BORRAYO, I GUESS TO DEFUSE THE SITUATION & ESCORTED BORTA TO THE GYM
HOLDING CAGE C/O BORRAYO DID THE SAME FOR OLIVARES FOR THEIR MEDICAL
EVALUATION.

5) SARGENT HYDE'S REPORT (EXIBIT I) IS THE CLOSEST TO WHAT SHOULD OF HAPPEND
IN RELATION TO WHAT TOOK PLACE WHILE BORTA & OLIVARES WE PRONE/OUT,
OPPOSE TO C/O BORRAYOS & C/O ROMO'S REPORTS OF BORRAYO CONDUCTING A CLOT
HED Body SEARCH OF [ ] OLIVARES & ROMOS OF Body SEARCHING & PETITIONER
BORTA. THE SEARCHING & SECURING C/O IS ALWAYS THE ONE WHO TYES THE ESCORT
-TING TO THE CAGE. I THEIR EQUIPMENTS ON EM 2, THERE'S NO NEED FOR A.
XRA REPORT. PETITIONER BELIVES SGT HYDE'S ORDER & REPORT IS NOT A
OVERSIGHT [ ] THOUGH NOT OBEYED. PSYCH TECH HUGES CONDUCTED A MEDICAL
EVAL (ATTACHMENT AS AIL DOCUMENT'S REPORT'S REFERRED TO HERE IN) [ ] HER
EVALUATION/STATES WE BOTH STATED "WE'RE GOOD", I DON'T SPEAK URBAN SLANG IM
A CHICANO. I TOLD HER MY ARM HURTS SHE "STATED YOUR JUST SORE"

6) ON RETURN TO THE CELLS, BORTA'S CELL WAS DESTROYED C/D'S/LEGAL WORK IN
THE TOILET ETC. THE PAIN WAS ON FULL BLAST. FOR DAYS PETITIONER COULDN'T EVEN
WIPE HIS BUTT, & WHEN FORCEING HIMSELF HE WOULD ACTUALLY SWEAT [ ] FROM THE
PAIN SIMPLE ARM MOVEMENTS SUCH AS LIFTING A CUP OF COFFEE WAS JUST AS
BAD. THE FOLLOWING DAY BORTA HAD A ATTORNEY VISIT WITH A STATE APPOINTED
ATTORNEY FOR A KERN COUNTY CASE. A COUPLE DAYS LATER I TOLD PSYCH TECH
HUGES HOW BAD THE THE PAIN AND FUNCTION WAS SHE SAID FILL OUT A (7362)
HEALTH CARE REQUEST FORM ON (6.4.19) JUNE 4 2019 8 DAYS AFTER THE ABUSE. I
SUBMITTED ONE FROM THEN ON 3B AND COUNTING.

• INJURIES INFLICTED - MEDICAL ISSUES •

7)       PETITIONER BORTA WAS GIVIN A ARM SLING AFTER MULTIPLE

8

1    CONTINUATION ■ : SUPPORTING FACTS

2    FOR A APPOINTMENT WITH A OUTSIDE ORTHOPEDIC specialist as of today's

3    DATE . SURGERY MAY BE REQUIRED AGAIN .

4                    602 INMATE APPEAL #2

5    10)            INTIMIDATION, COERCION, RETALIATION

6    SHORTLY FOLLOWING THE FILING OF THE EXNSTED OPPERATIVE INMATE

7    APPEAL & STAFF COMPLAINT AGAINST c/o BORRAYO, c/o ROMO ON JUNE 6, 2019,

8    ON JUNE 7, 2019 PETITIONER EXITED THE LIBRARY DURING SHIFT CHANGE

9    2:15 - 2:30 PM 2ND WATCH TO 3RD WATCH BORJA WITNESSED JUST 15 OR

10   SO FEET TO HIS LEFT, HEARD c/o J. BORRAYO SITTING ON THE BRICK BENCH COMP

11   -LAINING TO OTHER OFFICERS OF THE 602, APPEAL OR A APPEAL, ■ BORJA WALK

12   -ED BEHIND THE 4 OR SO OFFICERS WITHOUT BEING NOTICED UNTIL c/o T. BORRAYO

13   YELLED "YEAH RIGHT MO THER FUCKER"! HOURS LATER ENTERING C.S E·O·P UNIT

14   3 OR SO TIMES GIVING PETITIONER INTIMIDATING LOOKS .

15

16   (b) ■ SATURDAY 6·8·19 c/o J. BORRAYO WAS SITTING ON THE BACK ■ REST OF THE

17   BRICK BENCH, FEET ON THE BUTT PART IN front OF THE STAFF office ALONE ON THE PATIO.

18   OUR BUILDING WAS FIRST FOR P.M CHOW, PETITIONER WAS WALKING WITH INMATE

19   HENERY LEPE & BOTH WERE WALKING ON THE SIDEWALK THAT RUNS ALONG

20   CHAINLINK FENCE THAT SEPARATES THE REC YARD FROM THE PATIO & ALL INMATE

21   SERVICES . AS BOTH US PASSED THE BENCH ■ NO BODY WITHIN 30 FEET OF US c/o

22   J. BORRAYO JUMPED OFF THE BENCH, QUICKLY STRODE TO THE FENCE ABOUT A FOOT

23   AWAY FROM HER SIDE OF THE FENCE FROM BORJA (ME), WHO WAS ON THE FENCE

24   SIDE OF LEPE & PETITIONER, GAVE A MAD DOG TYPE STARE & BEGAN TO WALK

25   STRIDE FOR STRIDE W/ US WE SPED UP (BORJA DID LEPE HENERY FOLLOWED SUIT)

26   OFFICER BORRAYO SPED UP, WE SLOWED DOWN, SO DID SHE KEEPING HER HEAD

27   STRAIGHT.

28   AT THE FENCE OPPENING IN FRONT OF CHOW HALL #1 AS BORJA WAS GOING THRU

Court Paper
Printed on
Recycled Paper

1    CONTINUATION: SUPPORTING FACTS

2    OFFICER J. BORRAYO WALKED DIRECTLY IN FRONT, OF ME ABOUT 1-FOOT AWAY. I PETITION

3    ER IMEDIETLY STOPPED BACKED UP ~~~~~~ SHE WAS LOOKING OUT OF THE

4    CORNERS OF HER EYES WITHOUT MOVING HER HEAD DISPITE HER SUNGLASSES I

5    COULD SEE. AT THAT POINT I KNEW SHE WAS GOING TO TRY & SET ME UP. GET ME

6    SET UP

7    ф J. BORRAYO COULD OF SCREAMED, SPRAYED ME, SAY I WAS GOING TO ASSAULT

8    HER & OR GET ME BEAT UP IN THE GYM ONLY 1 C/O WAS POSTED OUTSIDE THE

9    CHOW HALLS NORMALY OUT ABOUT 8 OR SO. OTHERS HADN'T ARRIVED YET. ~~~

10   LEPE ~~~~~ - TO SHAKE INMATES DOWN UPON EXITING.

11   11) (c)    UPON EXITING C/O J. BORRAYO WAS ONE OF THE 8 OR SO OFFICERS

12   & YELLED OUT TO THE OTHER OFFICERS, "HE'S 602ING ME - (APPEAL)"! AS TOGETME

13   THE BLUES BY OTHER OFFICERS, ON OUR, BORJA & HENERY LEPE'S WALK BACK

14   ~~~ STATED TO ME WHAT I ALREADY KNEW "BE CAREFUL - THERE GOING TO TRY

15   & SET YOU UP."

16   (d)  ON SUNDAY JUNE 9, 2019 THE FOLLOWING DAY WHILE IN THE ~~ CHOW LINE AT

17   THE P.M MEAL C/O J. BORRAYO WAS CHECKING INMATE I'DS AGAINST A LIST

18   OF "SPECIAL DIET INMATES, RELIGEOUS ETC. IT WAS CHICKEN ON A BONE DAY

19   SPECIAL DIET INMATES CHEAT. PETITIONER GAVE C/O BORRAYO HIS I.D WITH

20   OUT EVEN LOOKING SHE THREW ME OUT STATED "GET THE FUCK OUT OF HERE"! W/OUT

21   REASON. DURING MY WEEKLY MENTEL HEALTH PSYCH SESSION 6.13.19

22   I TOLD DOCTOR ROBERTO VADO ABOUT THE ANXIETY, I EXPLAINED MY ARM INJU

23   -RY & THE ~~ S/WLTS C/O J. BORRAYO WAS PULLING THE INJURY IS VAUGLEY MENTION

24   ED IN A SUMMARY. HE TOLD ME LATER TRY NOT TO BE ALONE AROUND ~~ C/O BORRAYO

25   I, BORJA ALREADY TAKE PSYOTROPIC MEDICATION FOR ANXIETY.

26   (e) ON 6.22.19 ON THE WAY TO THE CHOW HALL FOR THE P.M MEAL C/O J. BORRAYO

27   WAS BY THE BRICK BENCH IN FRONT OF THE STAFF OFFICE WITH A JANE DOE

28   BLACK FEMALE OFFICER. OFFICER J. BORRAYO WISPERED IN JANE DOES

Court Paper
Printed on

Recycled Paper

## C CONTINUATION: SUPPORTING FACTS

EAR & YELLS OUT "WHAT'S THAT A PURSE YOU FUCKED CRY BABY"? (REFFERING TO ARM

SLING).

(F) JUNE 28, 2019, C/O J. BORRAYO ▓▓▓▓ OVERTIME ▓▓ ON 2ND/WATCH, BORJA

WAS AT AM E·O·P YARD (TREATMENT) WITH INMATE NICKELSON CDC# T·59172

WERE SITTING ON A BENCH 8:30 AM IN FRONT OF BUILDING 3, NICKELSON TOLD C/O J

BORRAYO AS SHE WALKED WITHIN 5 FEET OF PETITIONER WHEN SHE HAD AT LEAST

50 YARDS ▓▓ ON EITHER SIDE TO WALK "DON'T CUFF ME UP" OFFICER BORRAYO REPIED OUT

RIGHT "SEE I BREAK ARMS AROUND HERE".

(G) ON JULY 7, 2019 POSSIBLY 2ND·WATCH OVERTIME AGAIN PETITIONER WAS

IN C/O COMPLEX MEDICAL. OFFICER J·BORRAYO ENTERED JUST SECONDS AFTER PETITION

·ER FROM C·YARD & STATED TO THE MEDICAL DESK OFFICER SHOUTEN AGAIN "OUTRIGHT

I DID THAT TO HIM IN G HILLS.

(H) BY 11·19·19/C-5 THE E·O·P MEDICAL MENTAL HEALTH PROGRAM HAD BEEN MOVED

TO D-FACILITY, A ALL E·O·P FACILITY. ON OVERTIME AGAIN, CORRECTIONAL OFFICER

J·BORRAYO TOLD BORJA OUT RIGHT WHILE WAITING IN LINE FOR THE AM·RATION

BREAKFAST "YOU BETTER NOT GO BACK". THREAT ASIDE - SHE WAS REFFERING IF

PETITIONER WAS DISCHARGED FROM THE MENTAL HEALTH PROGRAM HE WOULD BE RE-

HOUSED ON C·FACILITY. C/O J·BORRAYOS ASSIGNED FACILITY.

(I) JUST A HOUR OR SO LATER 11·19·19 FROM PREVIOUS THREAT (H) OFFICER J·BORR

AYO WAS POSTED ON THE D-FACILITY PATIO RUNNING PILL CALL WITH OTHER MALE

C/O'S. PETITIONER WAS ON YARD CREW HIS INMATE JOB ASSIGNMENT & WAS

WORKING ON HIS R·D·O-REST DAY OFF (TO GET FIRST ACTION AT INMATE PACKAGE

LIST). AS BORJA WAS PUSHING A TRASH CART TO THE BREEZE WAY (A HOLDING

AREA FOR THE TRASH) C/OFFICER J·BORRAYO IN THE PRESENCE OF **3/4** MALE C/O'S,

ONE OF EM BUILDING 1 - ESCORT OFFICER (MY ▓▓ BUILDING) OFFICER J·

BORRAYO ONCE AGAIN -

CONTINUATION: SUPPORTING FACTS

STATED "I'M SERIOUS YOU BETTER NOT GO BACK". AGAIN SHE TOLD THE OTHER OFFICERS "HE'S 602ing ME." AGAIN ATTEMPTING TO GET ME DOGGED OUT BY OTHER OFFICERS, THEN STATED "WHERE'S YOUR ARM SLING AT YOU FUCKEN CRY BABY"?. ANOTHER OFFICER THE ESCORT OFFICER STATES TO C/O J. BORRAYO "WRITE HIS ASS UP FOR NOT USING HIS MEDICAL DEVICE." (BY THIS TIME I WAS TOLD BY MEDICAL NOT TO WEAR IT), STILL ONLY I KNEW I HAD A SERIOUS INJURY, AS A RESULT OF THE ABUSE INFLICT -ED ON PETITIONER, BY DEFENDENT CORRECTIONAL OFFICER J. BORRAYO.

12) THERE WERE 2-MORE INCIDENTS AT D-FACILITY INVOLVING C/O J BORRAYO THAT I FORGOT TO DOCUMENT INVOLVING HER INSTIGATING DUE, HER ISSUE WITH ME WITH OTHER OFFICERS. IN THE CONTROLLING OPERATIVE AND THIS SUBMITTING INMATE APPEAL 602. IT SHOULD BE RECKON- ITED I PETITIONER BORJA ASKED FOR A POLYGRAPH EXAMINATIONS IN THE "ACTION REQUESTED" ON THE INMATE APPEAL, AS IS CITED IN THE CAL. CODE OF REGULATIONS. TITLE 15. SECTION 3293. CDC - DID NOT RESPOND TO THAT REQUEST. C/O J. BORRAYO IS WELL KNOWN FOR HAVING A BIG MOUTH; LOVES BEING THE CENTER OF ATTENTION AMONG MALE OFFICERS & BEING A BULLY, AND WILL ENGAGE IN FLERTING IF PURSUED.

• CORRECTIONAL OFFICER: ROMO - MUNOZ •

CLAIM: CONSPIRICY TO COVER UP CRUEL & UNUSUAL PUNISHMENT

13) CORRECTIONAL OFFICER ROMO CONSPIRED TO COVER UP; PARTICIPATED IN THE CRUEL & UNUSUAL PUNISHMENT BY C/O J. BORRAYO, A EIGHTH AMEND AMENDMENT VIOLATION UNDER THE UNITED STATES CONSTITUTION, THAT RESUALTED IN SERIOUS & PERMELENT BODILY INJUEY, WHILE CLOAKED IN THE COLOR OF AUTHORITY.

ON 5-26-2019 FOLLOWING A ONE ON ONE FIST FIGHT WHICH PETITIONER BORJA

# CONTINUATION: SUPPORTING FACTS

1

2 AND DANIEL OLIVARES THE COBATANTS WERE ~~PROVED~~ PRONED OUT ON THEIR STOMACHS

3 ALL 4 LIMBS EXTENDED OUT. C/O ROMO A RESPONDING OFFICER TOOK CUSTODY

4 OF INMATE OLIVARES TO CONDUCT A BODY SEARCH & SECURE HIM IN HANDCUFFS

5 WHILE BORJA HAD C/O J. BORRAYO ON HIS BACK STRATTLED LIKE A HORSE

6 AND OTHER RESPONDING OFFICERS STOOD BY WATCHING (IDEM). HOWEVER

7 ROMO MUNOZ TOOK CUSTODY OF PETITIONER FROM C/O J. BORRAYO ~~AS~~

8 THEY WERE ENGAGED IN A PROFANITY TIRAD AFTER SHE OFFICER BORRAYO

9 SUBJECTED BORJA TO CRUEL & UNUSUAL PUNISHMENT, ABUSE AND INJURY.

10 AND ESCORTED HIM TO THE GYM CAGES.

11 14) AT THIS TIME OF INCIDENT C/O ROMO HAD 13 MONTHES ON THE JOB

12 ALTHOUGH PETITIONER GREATLY APPRECIATED C/O ROMO TAKING CUSTODY

13 OF BORJA FROM C/O BORRAYO AFTER THE ABUSE SHE DID TO A COOPERATIVE

14 PRISONER, TO DEFUSE THE SITUATION & MOST LIKLY FROM GREATER ABUSE

15 AND INJURY HIS REPORT DOES NOT REFLECT THE TRUTH. DAYS LATER I

16 APPROACHED C/O ROMO OUR BUILDING OFFICER AT THE TIME, IN CONFIDENCE. AS

17 C/O ROMO IS ~~A~~ APPROACHABLE ~~OFFICER~~ OFFICER. I & OTHER INMATES HAVE HAD A GOOD

18 OFFICER INMATE RELATIONSHIP. PETITIONER KNEW & FELT I HAD A BAD

19 INJURY & TOLD C/O ROMO "I DID NOT HAVE THAT COMMING ROMO" — "THEIR

20 GOING TO MAKE YOU LIE ON THE (115-RULES VIOLATION REPORT). C/O ROMO

21 JUST CONTINUED SORTING OUT THE MAIL, SAYING NOTHING.

22

23 15) BORJA KNEW JUST BY EXPERIANCE IF HE DIDN'T, HOWEVER THAT LIE OR

24 COVER UP IS, WHAT EVER IT MAY BE, HE WOULD BE OSTRISIZED BY MOST OFFIC

25 -ERS, FOR NOT BEING A TEAM PLAYER. WITHIN 2 WEEKS PETITIONER WAS

26 ISSUED THE INNITAL COPY OF HIS RULES VIOLATION USE OF FORCE PACKETT

27 ATTACHED HERE IN, AS WOULD INMATE OLIVARES. INDEED THERE WAS

28 A ~~COVER~~ UP, THEIR REPORTS WERE SWITCHED ~~BACKWARDS~~ BACKWARDS. C/O ROMO'S

14

1              CONTINUATION: SUPPORTING FACTS

2  REPORT IS WRITTEN AS IF C/O J. BORRAYO HAD NO INTERACTION WITH ME

3  AT ALL, WRITTEN FROM START TO FINISH THAT HE HAD CUSTODY OF ME THE

4  ENTIRE TIME. & C/O J. BORRAYOS REPORT IS WRITTEN AS IF SHE HAD CUSTODY

5  OF INMATE OLIVARES FROM START TO FINISH. A DIFFERENT TYPE OF COVER

6  UP THAN EXPECTED. BUT NOTHING NEW IN CDC. AND ONE NONE THE LESS.

7  

8  16) IT COULD BE A OVERSIGHT ON C/O ROMOS PART INSTEAD OF HAVEING TO

9  ADD OR WRITE A SEPARATE REPORT OF WHY HE TOOK CUSTODY OF ME FROM

10  C/O J. BORRAYO, AND OR ESCORTED ME TO THE GYM. AT THE TIME

11  **ATTACHMENT(E)** OF THE STAFF COMPLAINT RESPONSE - ATTACHED TO THE INM

12  - ATE APPEAL (SECOND LEVEL RESPONSE) AUTHORED BY LT. B. LEGTER. THE

13  **LEIUTENANT** SPEAKS OF ROMO MUÑOZ AND OFFICER BORRAYO SWITCHING

14  THEIR REPORTS AROUND AS I CLAIMED IN THE INMATE APPEAL - AT THE

15  TIME INMATE OLIVARES DID NOT WANT TO GET INVOLVED IN THIS

16  SWITCHING OF REPORTS AND TOLD ME SO, (WE WERE NEXT DOOR NEIGHBORS IN

17  5-BLOCK). "USUALLY DUE TO RETALIATION" (IDEM). MOST INMATES DON'T. SO

18  ANOTHER INMATE MUST RESPECT THAT CHOICE IF A INMATE DOES NOT WANT TO

19  GET INVOLVED IN A ISSUE SUCH AS THIS & NOT HAVE HIM CALLED IN, AT

20  LEAST BY ~~MY POWER~~. HOWEVER OLIVARES WAS CALLED IN LATER ANY WAY, ~~

21  ~~████████████████████████████████████~~.

22  

23  17) C/O ROMO NEVER REVISED HIS REPORT. ADDITIONALLY ON PART (B) ACTION REQU

24  -ESTED ON THE INMATE APPEAL, PETITIONER ASK TO HAVE CDC REPORTS, & SUPPLEMEN (115)

25  -TAL REPORTS "NOT ALTERED OR AMENDED AS OF THAT DATE (JUNE, 6, 2019) OF THE

26  WRITING OF THE INMATE APPEAL TO JUSTIFY C/O J. BORRAYO'S EXCESSIVE USE OF FORCE

27  STAFF MISCONDUCT ETC. SACRAMENTO'S 3 RD LEVEL RESPONSE STATES I REQUEST

28  TO RECIVE "NON ALTERED MENTAL REPORTS" TO JUSTIFY C/O BORRAYO'S ~~ALLEGED~~ EXCESSIVE

Court Paper

Printed on
Recycled Paper


# CONTINUATION: SUPPORTING FACTS.

USE OF FORCE (SEE APPELLANTS ARGUMENT) THIRD LEVEL DECISION. BORJA NEVER ASKED FOR MENTAL REPORTS OF ~~████████~~ c/o J. BORRAYO.

IT SHOULD BE KNOWN TO THE COURT THAT PETITIONER HIRED A INMATE TO HELP ME WRITE AND FILE THIS 1983 CIVIL ACTION. THIS IS THE 2ND INMATE HIRED THE LAST ONE TOOK MY $ AND RANOFF.

I PETITIONER JOSE ANTHONY BORJA DECLARE THAT THE FOREGOING IS TRUE, COMPLETE & CORRECT TO THE BEST OF MY FIRST HAND KNOWLEDGE OF THE FACTS AND SWEAR UNDER OATH UNDER THE PAINS AND PENALTIES OF PURJURY

MAY 7, 2021 ~~████~~                    Anthony Borja *

: DATE:                                 ~~██~~ ANTHONY BORJA

CAL. DEPARTMENT OF CORRECTIONS
INMATE APPEAL 602/602A W/ATTACHMENTS
EXISTED - 20 PAGES IN TOTAL
"SECOND SUPPORTING" 602 INMATE APPEAL WILL FOLLOW
AS SOON AS RETURNED TO PETITIONER.

16

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _ANTHONY BORJA_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_CSP. SACRAMENTO. A7#219_
_P.O. BOX. 290066_
_REPRESA, CA 95671_

On, _MAY 11 2021_, I served the following documents:
_2 SETS_
_CIVIL RIGHTS COMPLAINT, 42 U.S.C 1983, (16 PAGES/ TOTAL ~~____ ____~~ AND CAL. DEPT OF CORRECTIONS 602/602A/ INMATE APPEAL FORMS EXHUSTED W/ ATTACHMENTS 20 ~~__~~ PAGES ~~__~~._

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _CLERK OF THE COURT_      2. _____
_U.S COURT HOUSE CENTRAL DISTRICT_    _____
_OF CALIFORNIA_       _____
_312 N. SPRING STREET_      _____
_LOS ANGELES, CA 90012_      _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _11_ day of _MAY_, _2021_, at California State Prison - Sacramento, Represa, California.

(Signature) _Borja, Anthony_

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL**

CDCR-0602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY

| Institution/Parole Region: | Log #: | Category: |
|---|---|---|
| LAC-C | 19-03074 | 7 |

FOR STAFF USE ONLY

1908771

T54311

...rrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): BORJA, ANTHONY JOSE | CDC Number: T54311 | Unit/Cell Number: C-5 #230 | Assignment: E-OoP |

REC BY OOA    JUL 19 2019

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): EXCESSIVE FORCE STAFF MISCONDUCT

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 5-26-19 I WAS INVOLVED IN WHAT WAS REPORTED AS A FIGHT ON C-FAC NORTH YARD. I COMPLIED W/ ORDERS WAS ON MY STOMACH FACING C.S & SAT ON THE SMALL OF MY BACK BY A PERSON & HANDCUFFED BEHIND MY BACK. I RECOGNIZED THE FEMALE VOICE AS THAT OF C/O

B. Action requested (If you need more space, use Section B of the CDCR 602-A): TO HAVE CDCR 115 SUPPLE MENTAL REPORTS "NOT ALTERED OR AMENDED AS OF TODAYS DATE AS TO JUSTIFY C/O BORRAYO'S EXCESSIVE USE OF FORCE/STAFF MISCONDUCT (2) TO HAVE C/O BORRAYO RETRAINED IN ORDER TO CONTROL HERSELF & HER EMOTIONS (3) FOR ALL MISCONDUCT

Supporting Documents: Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

INITIAL COPY OF CDCR 115(2 PGS)          RIGHTS/RESPONSIBILITIES FORM

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: _Borja, Anthony_          Date Submitted: 6/6/19

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**          Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter)  Date: ___
☐ Accepted at the First Level of Review.

Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date & location, and complete the section below.

Date of Interview: ___ Interview Location: ___

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other ___

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: ___ Title: ___ Signature: ___ Date completed: ___

Reviewer: ___ Title: ___ Signature: ___

Date received by AC: ___

AC Use Only
Date mailed/delivered to appellant ___ / ___ / ___

BYPASS

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR-0602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

BYPASS

Inmate/Parolee Signature: _____    Date Submitted : _____

**E. Second Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: A. MARTINEZ    Title: LT.    Date Assigned: 6/11/19    Date Due: 7/23/19

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 6/24/19    Interview Location: PAC. C. Program

Your appeal issue is:  ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____

☐ See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: B. Legie (Print Name)    Title: C-T    Signature: B.    Date completed : 6/24/19

Reviewer: D. ULSTAD (Print Name)    Title: CD4 (A)    Signature: _____

Date received by AC: JUN 25 2019

AC Use Only
Date mailed/delivered to appellant    JUN 25 2019

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

I DISAGREE WITH CDCR'S TYPICAL EXPECTED ATTEMPT AT MANIPULATION BY CSP-LAC. IT DOESN'T MATTER HOW MANY RULES/LAWS/REGULATIONS OFFICER J. BORRAYO BROKE TITLE 15. CAL.CODE.REGS § 3268.2 ◉(C)(1)-USED AS PUNISHMENT TO CAUSE, § 3000 "SERIOUS BODILY INJURY"; § 3268 (a)(7) = NON CONVENTIONAL FORCE" BY STRADDLING ME LIKE A HORSE JUST TO ACT CUTE INFRONT OF ALL MALE STAFF INMATES & TO DEGRADE/HUMILIATE ME" WHEN NO STRUGGLE/RESISTING

Inmate/Parolee Signature: Boyo    Date Submitted: 7·3·19

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant    OCT 11 2019

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____

▶ _____  Inmate/Parolee Signature: _____  Date: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

1

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| BORJA, ANTHONY JOSE | Borja Anthony | 6/6/19 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| BORJA, ANTHONY JOSE | Borja Anthony | T-54311 | 6/6/19 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

State of California

Attachment E-2
Department of Corrections and Rehabilitation

# Memorandum

Date    :    June 24, 2019

To      :    Inmate Borja, T54311
             Facility 'C', Building 5, Cell-230L
             California State Prison-Los Angeles County

Subject:    **STAFF COMPLAINT RESPONSE - APPEAL # LAC-C-19-03074 SECOND LEVEL RESPONSE**

**APPEAL ISSUE:**
You allege on May 26, 2019, after you were involved in a fight on the Facility 'C' North Yard, you were on your stomach being placed in handcuffs behind your back and recognized Officer J. Borrayo's voice. You claim Officer Borrayo pushed your hands up towards the back of your head which cause you pain and injury to your right shoulder. You also claim you heard Officer Borrayo's distinct voice say, "Shut the fuck up before I break your other arm." You further claim you were later returned to your cell in C5 where you discovered your cell destroyed with shampoo on the bedding and with legal work and some Compact Disc (CD)s in the toilet. You claimed you were told that Officer Borrayo is the one who went into your cell after she hurt your right shoulder and you were talking back to her.

**DETERMINATION OF ISSUE:**
Your allegation of staff misconduct has been reviewed by the Hiring Authority. As a result of that review your appeal was referred for an Appeal Inquiry.

**SUMMARY FOR APPEAL INQUIRY:**
On June 21, 2019, you were interviewed by Lieutenant (Lt.) B. Legier to give you the opportunity to provide any additional information or documentation to your allegations. You did not provide any additional documentation; however, you state during this incident you were down on the ground facing the building and Officer Borrayo came and sat on your back in a straddled position while you were in handcuffs. You claim Officer Borrayo pulled and pushed your hands upward towards your head causing you pain. You claim other inmates were giggling in the area. You were asked where Inmate Olivares was when this was occurring to which you responded that Inmate Olivares was down on the ground facing the other way. You elaborated that Officer Borrayo laid on top of you, leaned forward and whispered in your ear, "If you don't shut the fuck up I'll break your other arm." You were asked if you had previous injuries to your shoulders prior to this incident to which you responded you did have an injury to your chest. You were asked how that injury occurred to which you responded from doing exercises on the dip bars. You were asked if this injury could have been aggravated from just being involved in the fight with Inmate Olivares to which you responded that it was not, that you have been in many fights and was certain it happened when Officer Borrayo pulled your hands upward. You claimed you were handcuffed by Officer Borrayo and Officer Romo-Munoz handcuffed Inmate Olivares but

Borja, T54311                                                                                          Attachment E-2
LAC-C-19-03074
Page 2

then they switched it around in their reports. You claimed Officer Romo-Munoz came over and escorted you because you were talking back to Officer Borrayo. You strongly requested this reviewer to leave Inmate Olivares out of this inquiry as you have already taken responsibility for this fight and planned on pleading Guilty to the Rules Violation Report (RVR).

An Appeal Inquiry has been conducted and reviewed by the Hiring Authority. The following individuals were interviewed: Yourself, several custody staff, and inmate witnesses. As a result of your staff misconduct allegation the following information was reviewed: the 602 Appeal with attachments, the Strategic Offenders Management System (SOMS) the Electronic Records Management System (ERMS), and RVR #6852379. Staff did not violate CDCR policy with respect to the issues raised.

**FINDINGS:**
Your appeal is PARTIALLY GRANTED in that; an Appeal Inquiry into your allegation has been conducted. However, denied in that staff did not violate Policy and Procedure.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE**. As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or offender Appellants. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's Level of Review. Once a decision has been rendered at the Third Level your administrative remedies will be considered exhausted.


R. C. JOHNSON                                                    6-25-19
  Warden (A)                                                       Date
California State Prison-Los Angeles County

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## THIRD LEVEL APPEAL DECISION

Date:   OCT 0 8 2019

In re:   Jose Borja, T54311
California State Prison, Los Angeles County
44750 - 60th Street West
Lancaster, CA 93536-7620

TLR Case No.: 1908771        Local Log No.: LAC-19-03074

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. Knight, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that on May 26, 2019, after he was involved in a fight on the Facility 'C' North Yard, he was on his stomach being placed in handcuffs behind his back. The appellant states he recognized Correctional Officer (CO) J. Borrayo' s voice. The appellant alleges that CO Borrayo pushed his hands up towards the back of his head which caused him pain and injury to his right shoulder. The appellant alleges that he also heard CO Borrayo's distinct voice say, "Shut the fuck up before I break your other arm." The appellant states that when he later returned to his cell he discovered his cell destroyed with shampoo on the bedding and his legal work and some compact discs in the toilet. The appellant alleges he was told that CO Borrayo is the one who went into his cell after she hurt his right shoulder and he had talked back to her. The appellant states he has been to medical several times due to pain as he cannot lift his right arm up, forward, or sideways without massive pain. The appellant requests to receive non-altered mental reports to justify CO Borrayo's alleged excessive use of force; for CO Borrayo to be re-trained; and to receive monetary compensation.

**II   SECOND LEVEL'S DECISION:** The Second Level of Review (SLR) identified and addressed the appellant's allegations of staff misconduct. The reviewer documented that an appropriate supervisory staff member was assigned to conduct an inquiry into this matter. The inquiry included a review of the evidence and an evaluation of any interview conducted. In order to determine the facts, the inquiry also included a review of pertinent documents, current policies, laws, and procedures. The SLR noted that all staff personnel matters are confidential in nature, and that the appellant would only be notified whether the actions of staff were or were not in compliance with policy. The SLR found that staff did not violate policy as alleged. The SLR partially granted the appeal in that an inquiry was conducted.

**III   THIRD LEVEL DECISION:** Appeal is denied.

A. **FINDINGS:** Upon review of the documentation submitted, the Third Level of Review (TLR) finds that the appellant's allegations were appropriately reviewed and evaluated by administrative staff. The TLR notes that all staff personnel matters are confidential in nature and will not be disclosed to other staff, the inmate population, the general public, or the appellant. The appellant was informed that if the conduct of staff was determined to not be in compliance with policy, the institution would take the appropriate course of action. In this case, the SLR informed the appellant that an inquiry was completed and disclosed the determination of the inquiry to the appellant. The TLR reviewed the confidential inquiry and concurs with the determination of the SLR. The TLR notes that, while the appellant has the right to submit an appeal as a staff complaint, requests for: administrative action regarding staff; the placement of documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation are beyond the scope of the appeals process. The TLR finds the institution's response complies with Departmental policy, and the appellant's staff complaint allegations were properly addressed. Therefore, no further relief shall be afforded at the TLR.

The appellant has added new issues and requests to the appeal. The additional requested action is not addressed herein as it is not appropriate to expand the appeal beyond the initial problem and the initially requested action (CDC Form 602, Inmate/Parolee Appeal Form, Sections A and B).

JOSE BORJA, T54311
CASE NO. 1908771
PAGE 2

**B. BASIS FOR THE DECISION:**
California Penal Code Section: 832.7, 832.8
California Code of Regulations, Title 15, Section: 3000, 3001, 3002, 3004, 3005, 3084, 3084.1, 3084.5, 3084.7, 3268, 3268.1, 3268.2, 3270, 3271, 3286, 3287, 3350, 3350.1, 3380, 3391

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


J. KNIGHT, Appeals Examiner
Office of Appeals

cc:     Warden, LAC
        Appeals Coordinator, LAC



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

$C5-230$

# RULES VIOLATION REPORT

| CDC NUMBER T54311 | INMATE'S NAME BORJA, JOSE A. | MEPD 02/03/2190 | FACILITY LAC-Facility C | HOUSING LOCATION LAC-C - C 005 2 - 230001L |
|---|---|---|---|---|
| VIOLATION DATE 05/26/2019 | VIOLATION TIME 14:57:00 | VIOLATION LOCATION LAC-Facility C - RVR - YARD | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

NARRATIVE

On May 26, 2019, at approximately 1457 hours, while performing my duties as Facility C Building 5 Control Booth Officer, I heard via institutional radio a request for code 1 on facility 'C' North yard. I responded to the back control booth window and observed near the table in front of FCB5, Inmate Borja (T54311) and Inmate Olivares (BA0614) striking each other on the facial and upper torso area with their fists. Via the yard Public Announcement System All inmates were ordered to get down. All inmates got down for the exception of Borja and Olivares, as they continued striking each other in the facial and upper torso area with their fists. I transitioned from my state issued mini 14 to my 40mm launcher, which was loaded with one direct impact sponge round. I placed the barrel of my 40mm out of the back window that was closest to the incident, and yelled to the combatants to "get down". Olivares and Borja continued to strike each other with their fists in their upper torso and facial area. In order to subdue the attackers and stop the ongoing physical harm that was occurring between Olivares and Borja, from an elevated position, approximately 60 feet away utilizing my sights, I aimed at Borja's right thigh area (Zone 1) and fired 1 round. Due to Borja's erratic movement the round did not hit my intended target and ricocheted off the ground and out of my line of sight. Borja and Olivares separated and got down on the ground into the prone position. Responding staff arrived to the incident area handcuffed Olivares and Borja and performed a clothed body search. Responding staff escorted Borja and Olivares off the yard to the Facility 'C' Gymnasium. This concludes my involvement with this incident.

| REPORTING EMPLOYEE A. Gonzalez | TITLE C/O | ASSIGNMENT C5- CONTROL | RDO M/T | DATE: 05/26/2019 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000006852379 | VIOLATED RULE NUMBER: 3005(d)(1) |
|---|---|
| SPECIFIC ACT: Fighting | |

CLASSIFICATION

| LEVEL: Serious | OFFENSE DIVISION: Division D |
|---|---|



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER T54311 | INMATE'S NAME BORJA, JOSE A. | MEPD 02/03/2190 | FACILITY LAC-Facility C | HOUSING LOCATION LAC-C - C 005 2 - 230001L |
|---|---|---|---|---|
| VIOLATION DATE 05/26/2019 | VIOLATION TIME 14:57:00 | VIOLATION LOCATION LAC-Facility C - RVR - YARD | | |

| INMATE NOTIFICATION | | |
|---|---|---|
| POSTPONEMENT OF DISCIPLINARY HEARING | | |
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REVOKE my request for postponement. | INMATE SIGNATURE | DATE |
| STAFF ASSISTANT | | |
| ☐ REQUESTED        ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |
| INVESTIGATIVE EMPLOYEE | | |
| ☐ REQUESTED        ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | Page | 1 | of | 2 | INCIDENT LOG NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | LAC-CYRD-19-05-0454 |

| NAME: LAST GONZALEZ | FIRST | | MI NMI | DATE OF INCIDENT 05/26/2019 | TIME OF INCIDENT 1457 HOURS |
|---|---|---|---|---|---|
| POST # 331906 | POSITION C5 CNTRL | YEARS OF SERVICE 1 YRS. 10 MO. | DATE OF REPORT 05/26/2019 | LOCATION OF INCIDENT FACILTY 'C' NORTH YARD | |
| RDO'S M/T | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT FIGHTING RESULTING IN THE USE OF FORCE | | CCR SECTION / RULE 3005 (d) (1) | ☐ N/A |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) | |
|---|---|---|---|
| ☐ Primary | | (S) OLIVARES | BA0614 |
| ☒ Responder | | (S) BORJA | T54311 |
| ☐ Witness | | | |
| ☐ Camera | | | |
| ☐ Victim | | | |
| ☐ Other: | | | |
| ☐ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | |

| ☐ Physical: | Lethal Weapons | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☒ 40 mm | 1 Sponge Round | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☒ N/A | ☒ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other | ☐ YES ☒ NO |

NARRATIVE

On May 26, 2019, at approximately 1457 hours, while performing my duties as Facility C Building 5 Control Booth Officer, I heard via institutional radio a request for code 1 on facility 'C' North yard. I responded to the back control booth window and observed near the table in front of FCB5, Inmate Borja (T54311) and Inmate Olivares (BA0614) striking each other on the facial and upper torso area with their fists. Via the yard Public Announcement System All inmates were ordered to get down. All inmates got down for the exception of Borja and Olivares, as they continued striking each other in the facial and upper torso area with their fists. I transitioned from my state issued mini 14 to my 40mm launcher, which was loaded with one direct impact sponge round. I placed the barrel of my 40mm out of the back window that was closest to the incident, and yelled to the combatants to "get down". Olivares and Borja continued to strike each other with their fists in their upper torso and facial area. In order to subdue the attackers and stop the ongoing physical harm that was occurring between Olivares and Borja, from an elevated position, approximately 60 feet away utilizing my

CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE Correctional Officer | BADGE # 91118 | ID# | DATE 5/26/2019 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) C. Hyde /Sergeant | DATE RECEIVED 05/26/19 | APPROVED ☐ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☒ NO | DATE 5/26/2019 |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**

**PART C1 - SUPPLEMENT**

CDCR 837-C1 (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | |
|---|---|---|
| PAGE **2** OF **2** | | INCIDENT LOG NUMBER |
| | | LAC-CYRD-19-05-0454 |

| NAME: LAST | FIRST | MI |
|---|---|---|
| GONZALEZ | | NMI |

TYPE OF INFORMATION:

☑ CONTINUATION OF REPORT ☐ CLARIFICATION OF REPORT ☐ ADDITIONAL INFORMATION

sights, I aimed at Borja's right thigh area (Zone 1) and fired 1 round. Due to Borja's erratic movement the round did not hit my intended target and ricochted off the ground and out of my line of sight. Borja and Olivares separated and got down on the ground into the prone position. Responding staff arrived to the incident area handcuffed Olivares and Borja and performed a clothed body search. Responding staff escorted Borja and Olivares off the yard to the Facility 'C' Gymnasium. This concludes my involvement with this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | | BADGE # / ID# | | DATE |
|---|---|---|---|---|---|
| | CORRECTIONAL OFFICER | | 91118 / | | 05/26/2019 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| C.Hyde / SERGEANT | 05/26/2019 | ☐ YES ☑ NO | ☑ YES ☐ NO | 05/26/2019 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

C5-2220

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (Rev. 10/15)

| PAGE 1 Of 7 | INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| | LAC-CYRD-19-05-0454 | 05/26/2019 | 14:57 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | PROGRAM | AD SEG | USE OF FORCE |
|---|---|---|---|---|---|---|---|
| LAC | CYRD - FAC C NORTH YARD | LEVEL IV | FAC C NORTH YARD | FAC C NORTH YARD | SNY | N/A | ☑ Yes ☐ No |

| SPECIFIC CRIME / INCIDENT | | |
|---|---|---|
| Force or Violence - Fighting Resulting in the Use of Force | ☑ CCR ☐ PC ☐ N/A   3005-d1 Force or Violence | NUMBER / SUBSECTION |

| D.A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID | PIO / AA NOTIFIED |
|---|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No |

| DEATH AND CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|
| ☑ N/A | ☑ N/A | ☑ N/A |

| SERIOUS BODILY INJURY | INMATE WEAPONS | FORCE USED |
|---|---|---|
| ☑ N/A | ☑ N/A | ☐ N/A<br>1. 40 MM - DIRECT IMPACT SPONGE ROUND<br>#Warning: 0, #Effect: 1<br>Other Description: 1 round fired |

| ESCAPES |
|---|
| ☑ N/A |

| CONTROLLED SUBSTANCE | WEIGHT/ In Grams | EXTRACTION | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☑ N/A | | ☑ N/A | ☑ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES)

On Sunday, May 26, 2019, at approximately 1457 hours, Inmates Olivares, BA0614 and Borja, T54311 committed the act of "Fighting resulting in the Use of Force."

Both Inmates are participants of the Mental Health Services Delivery System at the EOP level of care.

COMPLETE SYNOPSIS / SUMMARY ON CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| VIEUX | CORRECTIONAL LIEUTENANT | | 62192 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. INCIDENT SITE | DATE |
|---|---|---|
| | 6322 | 5/27/19 |

| NAME OF WARDEN / AOD (PRINT / SIGN) | TITLE | DATE |
|---|---|---|
| JOSHUA MILLER | FAC C CAPTAIN | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (Rev. 10/15)

| | | PAGE 2 Of 7 | INCIDENT LOG NUMBER LAC-CYRD-19-05-0454 |
|---|---|---|---|

| INSTITUTION LAC | FACILITY CYRD - FAC C NORTH YARD | INCIDENT DATE 05/26/2019 | INCIDENT TIME 14:57 |
|---|---|---|---|

TYPE OF INFORMATION:

| ☑ SYNOPSIS OF INCIDENT | ☐ SUPPLEMENTAL INFORMATION | ☐ AMENDED INFORMATION | ☐ CLOSURE REPORT |
|---|---|---|---|

NARRATIVE

On Sunday, May 26, 2019, at approximately 1457 hours, Inmates Olivares (BA0614) and Borja (T54311) were observed striking each other in the upper body and facial area with their fists in the Facility 'C' North Yard during the afternoon yard program. The yard alarm was activated as Olivares and Borja ignored verbal orders to stop their actions necessitating the use of the 40MM launcher to quell the incident. Olivares and Borja were handcuffed and escorted to the Facility C Gymnasium and placed in holding cells where they received 7219 medical evaluations. Olivares and Borja were independently interviewed by the Facility 'C' Program Sergeant and subsequently signed the compatibility chrono indicating they could remain housed on Facility 'C' without further issues. Based on the aforementioned, Olivares and Borja were returned to their assigned housing without further incident.

ALARM
Officer M. Dixon activated the yard alarm.

USE OF FORCE
Officer A. Gonzalez utilized the 40MM as a result of this incident.

SUSPECTS
S- Olivares (BA0614)
S- Borja (T54311)

VICTIMS
N/A

EVIDENCE
N/A

ESCORTS
Officer J. Borrayo escorted Inmate Olivares from the incident site to program services.
Officer O. Romo-Munoz escorted Inmate Borja from the incident site to program services.

HOLDING CELLS
Holding cells #3 and #4 were utilized during this incident.

DECONTAMINATION
N/A

MEDICAL
Psychiatric Technician A. Hughes completed a CDCR-7219 Medical Report of Injury or Unusual Occurrence on Inmates Olivares and Borja noting the following injuries;
Inmate Olivares; no injuries.
Inmate Borja – no injuries.

VIDEO INTERVIEW
N/A

NOTIFICATIONS
Facility C Captain J. Miller was notified of this incident.
Watch Commander I. Mijares was notified of this incident.
(AOD) Facility D Captain J. Anderson was notified of this incident.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) IEUX | TITLE CORRECTIONAL LIEUTENANT | ID # | BADGE # 62102 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE 6322 | DATE 5/27/19 |
| NAME OF WARDEN / AOD (PRINT / SIGN) JOSHUA MILLER | TITLE FAC C CAPTAIN | | DATE |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (Rev. 10/15)

| | | PAGE 3 Of 7 | INCIDENT LOG NUMBER<br>LAC-CYRD-19-05-0454 |
|---|---|---|---|
| INSTITUTION<br>LAC | FACILITY<br>CYRD - FAC C NORTH YARD | INCIDENT DATE<br>05/26/2019 | INCIDENT TIME<br>14:57 |

TYPE OF INFORMATION:

☑ SYNOPSIS OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☐ AMENDED INFORMATION    ☐ CLOSURE REPORT

ESCAPE
N/A

CONCLUSION
Inmates Olivares and Borja will be issued a Rules Violation Report, for Violation of California Code of Regulations (CCR), Title 15, Section 3005 (d) 1, for Fighting resulting in the Use of Force.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE)<br>IEUX | TITLE<br>CORRECTIONAL LIEUTENANT | ID # | BADGE #<br>62102 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE<br>6322 | DATE<br>5/27/19 |
| NAME OF WARDEN / AOD (PRINT / SIGN)<br>JOSHUA MILLER | | TITLE<br>FAC C CAPTAIN | DATE |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page **1** of **1**

INCIDENT LOG NUMBER
LAC-CYRD-19-05-0454

| NAME: LAST | FIRST | | Mi | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|---|
| Hyde | | | A | 5/26/19 | 1457 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 330434 | C Prog. Sgt. | 3 YRS.  7 MO. | 5/26/19 | Facility C NorthYard |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| W/TH | 1400-2200 | FIGHTING RESULTING IN THE USE OF FORCE | 3005(d)(1) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| ☐ Primary | S-C/O A. Borrayo | |
| ☒ Responder | S-C/O O.Romo | S-Olivares BA0614 |
| ☐ Witness | S- C/O A.Gonzalez | S-Borja T54311 |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

☒ N/A   FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical | Lethal Weapons | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes  ☒ No | ☒ N/A | ☒ N/A | ☐ Yes  ☒ No | ☐ Yes  ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A<br>☐ UNKNOWN<br>☐ Other | ☐ YES  ☒ NO |

**NARRATIVE**

On Sunday, May 26 2019, at approximately 1457 hours, upon arrival to the yard Officer O.Romo informed me that a yard alarm was activated after Inmates OLIVARES (BA0614, C5-231U) and BORJA (T54311, C5-231L) were observed in front of Facility 'C' Building 5, striking each other in the upper torso and facial area with their fists. Several orders were issued for the combatants to get down with negative results. In order to safely stop the incident and gain compliance with lawful orders, Officer A. Gonzalez utilized force, specifically one 40mm sponge round with positive results. Inmates OLIVARES and BORJA separated and assumed the prone position. Both Inmates were then placed in handcuffs and searched for contraband with negative results. I instructed Officer O. Romo to escort Inmate Olivares to the Facility C Gymnasium for a 7219 medical evaluation. I instructed Officer J.Borrayo to escort Inmate Borja to C Gym for a 7219 medical evaluation. I instructed staff to conduct unclothed body searches and initiate holding cell logs. I instructed medical staff to report to the Gym. Neither inmate sustained injuries. Both Inmates were subsequently interviewed separately. Inmate Olivares and Inmate Borja both stated that they could program safely on the facility without further incident and signed a 128-B Compatibility Chrono. Inmates OLIVARES and BORJA were returned to their assigned housing without further incident. The 40MM sponge round utilized was recovered, taken to Complex Control and exchanged. The new sponge round was taken to C5 Control booth and issued as a replacement. This concludes my involvement in this report.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
|---|---|---|---|
| C. Hyde | Correctional Sergeant | 87886 / | 5/26/19 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| C.Meux, Correctional Lieutenant | 5/26/19 | ☐ YES  ☒ NO | ☒ YES  ☐ NO | 5/26/19 |

DISTRIBUTION: Original-Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (REV. 10/15)

Page **1** of **1**

INCIDENT LOG NUMBER: LAC-CYRD-19-05-0454

NAME: LAST: BORRAYO  FIRST:  MI:  NMI:
DATE OF INCIDENT: 05/26/2019  TIME OF INCIDENT: 1457 HOURS

POST #: 331917  POSITION: C YARD #1  YEARS OF SERVICE: 3 YRS 03M  DATE OF REPORT: 05/26/2019  LOCATION OF INCIDENT: FACILITY "C" NORTH YARD

RDO'S: T/W  DUTY HOURS: 1400-2200  DESCRIPTION OF CRIME / INCIDENT: FIGHTING RESULTING IN THE USE OF FORCE  CCR SECTION / RULE: 3005(d)(1)  ☐ N/A

YOUR ROLE:
☐ Primary
☒ Responder
☐ Witness
☐ Camera
☐ Victim
☐ Other:

WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER): (S) C/O O. ROMO

INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES):
(S) OLIVARES (BA-0614)
(S) BORJA (T-54311)

☒ N/A  FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

☐ Physical:
☐ Hand-Held Baton
☐ X-10 BRD w/o OC
☐ X-10 BRD w/ OC

Lethal Weapons:
☐ Mini-14
☐ .38 Cal
☐ .40 Cal
☐ 9 mm
☐ Shotgun

Warning:  Effect:

Less Lethal Weapons:
☐ 37 mm
☐ 40 mm
☐ L8
☐ 40 mm Multi
☐ HFWRS

# Effect:

Chemical Agent:
☐ OC
☐ CN
☐ CS

Projector:   # Deployed:

☐ Non-Conventional or Force Not Listed Above:

FORCE OBSERVED BY YOU: ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional

EVIDENCE COLLECTED BY YOU:
☐ Yes
☒ No

EVIDENCE DESCRIPTION: ☒ N/A
EVIDENCE DISPOSITION: ☒ N/A

BIO HAZARD: ☐ Yes ☒ No
PPE: ☐ Yes ☒ No

REPORTING STAFF INJURED:
☐ YES
☒ NO

DESCRIPTION OF INJURY: ☒ N/A
LOCATION TREATED (HOSPITAL/CLINIC): ☒ N/A

FLUID EXPOSURE: ☐ BODILY ☐ UNKNOWN ☐ Other  ☒ N/A

SCIF 3301 /3067 COMPLETED: ☐ YES ☒ NO

NARRATIVE

On May 26th, at approximately 1457 hours, while performing my duties as a Facility "C" Yard Officer #1, I was monitoring the afternoon yard. I heard over the public announcement (PA) for all inmates to "GET DOWN". I responded to the incident on the north yard where I observed two inmates, later identified with their state issued identification card as Inmate OLIVARES (BA0614) and INMATE BORJA (T54311). I instructed OLIVARES to prone out and place his hands behind his back to which he complied. I then placed OLIVARES in restraints and performed a clothed body search with negative results for contraband. I assisted OLIVARES to his knees and he was able to stand with his own power. I escorted OLIVARES to "C" Gymnasium and escorted OLIVARES to holding cell #3 and conducted a search of the cell, which yielded negative results for contraband. I secured OLIVARES inside the holding cell, and relinquished custody of OLIVARES to Officer O. ROMO to conduct an unclothed body search as I initiated a holding cell log. That concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

SIGNATURE OF REPORTING STAFF: J. BORRAYO  TITLE: CORRECIONAL OFFICER  BADGE # / ID#: 88956  DATE: 05/26/2019

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE): SERGEANT C. HYDE  DATE RECEIVED: 05/26/2019  CLARIFICATION NEEDED: ☐ YES ☒ NO  APPROVED: ☒ YES ☐ NO  DATE: 05/26/2019

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | |
|---|---|---|
| Page **1** of **1** | INCIDENT LOG NUMBER | |
| | LAC-CYRD-19-05-0454 | |

| NAME: LAST | FIRST | | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|---|
| DIXON | | | J | 05/26/2019 | 1457 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 331919 | C OBSERVATION | 4 YRS.  1MO. | 05/26/2019 | Facility C North Yard |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE  ☐ N/A |
|---|---|---|---|
| W/TH | 1330-2130 | FIGHTING RESULTING IN THE USE OF FORCE | 3005(d)(1) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| ☒ Primary | (S) A. GONZALEZ | (S) OLIVARES (BA0614) |
| ☐ Responder | (S) J. BORRAYO | (S) BORJA (T54311) |
| ☐ Witness | (S) O. ROMO | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

☒ N/A   FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☐ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☒ Less Lethal  ☐ Lethal  ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☒ N/A | ☒ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A ☐ UNKNOWN ☐ Other | ☐ YES ☒ NO |

**NARRATIVE**

On May 26, 2019, at approximately 1457 hours, while assigned as C Observation Officer, I witnessed Inmates OLIVARES (BA0614) AND BORJA (T54311) striking each other in the upper torso and facial area with clinched fist on the Facility 'C' North Yard. I immediately notified Central Control that I needed a code one response to Facility 'C' North Yard. I activated the yard alarm and ordered all inmates to get down. All inmates complied except for OLIVARES and BORJA. At this time I observed Officer A. Gonzalez fire (1) 40 mm direct impact sponge round, the round was effective causing both inmates to separate and get down into a prone position, but due to my vantage point, and distance I was unable to see where the round landed. Responding staff arrived and Officer J. Borrayo gained custody of OLIVARES, while Officer O. Romo gained custody of BORJA, both inmates were handcuffed, searched, and escorted off the yard into C gym while I provided armed coverage for the yard. This concludes my involvement in the incident..

CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
|---|---|---|---|---|
| M. Dixon | Correctional Officer | 86915 | | 05/26/2019 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| C. Hyde, Correctional Sergeant | 05/26/2019 | ☒ YES  ☐ NO | ☐ YES  ☒ NO | 5/26/19 |

Distribution:   Original: Incident Package      Copy: Reporting Employee      Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## CRIME / INCIDENT REPORT
## PART C – STAFF REPORT
CDCR 837-C (REV. 10/15)

Page **1** of **1**

INCIDENT LOG NUMBER
LAC-CYRD-19-05-0454

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| ROMO MUNOZ | | NMI | 05/26/2019 | 1457 Hours |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 331907 | FCB5 FLR 1 | YR. 1  MO. 1 | 05/26/2019 | FACILITY C  NORTH YARD |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| T/W | 1400-2200 | FIGHTING RESULTING IN USE OF FORCE | 3005 (d)(1) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| ☐ Primary | (S) A.GONZALEZ | (S) BORJA  (T54311) |
| ☒ Responder | (S) J.BORRAYO | (S) OLIVARES (BA0614) |
| ☐ Witness | | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

☒ N/A    FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes  ☒ No | ☒ N/A | ☒ N/A | ☐ Yes  ☒ No | ☐ Yes  ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A  ☐ UNKNOWN  ☐ Other | ☐ YES  ☒ NO |

NARRATIVE

On May 26, 2019, at approximately 1457 hours, while performing my duties as Facility 'C' Building 5 Floor Officer #1. I responded to a code 1 alarm in Facility 'C' North Yard via institutional radio. Upon my arrival to Facility 'C' North Yard I observed Inmate Borja (T54311) and Olivares (BA0614) in a proned position. I placed inmate Borja in handcuffs and conducted a clothed body search which yielded negative results for contraband or weapons. I assisted inmate Borja on his own free will onto his feet from a prone position. I escorted inmate Borja from Facility 'C' North Yard into Facility 'C' Gymnasium Holding cell #4. I searched the holding cell for signs of weapons and contraband with negative results. I placed inmate Borja inside the holding cell #4 in Facility 'C' Gymnasium and conducted an unclothed body search which yielded negative signs of contraband or weapons. At this time I also conducted an unclothed body search on inmate Olivares who was inside holding cell #3 which yielded negative signs of contraband or weapons. I than began a holding cell log on inmate Borja. Medical staff conducted a 7219 Medical Evaluation on Borja. This concludes my involvement in this Incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
|---|---|---|---|
| | CORRECTIONAL OFFICER | 91819 / | 05/26/2019 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| C.HYDE, CORRECTIONAL SERGEANT | 05/26/2019 | ☐ YES  ☒ NO | ☒ YES  ☐ NO | 05/26/2019 |

DISTRIBUTION:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| LAC | C - Yard | 5/26/19 |

REASON FOR REPORT ☐ ALLEGATION    ☐ ON THE JOB INJURY    ☐ USE OF FORCE    ☐ INJURY    ☐ OTM RETURNS
☑ UNUSUAL OCCURRENCE    ☐ PRE AD/SEG ADMISSION    ☐ R&R    ☐ OTHER

| NAME LAST. | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| Borja | Jose | T54311 | N/A | N/A |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| C-Yard | 5/26/19 | 1457 | 1507 | N/A | N/A |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"I'm good"

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

Chemical Agent
Exposure?    YES / NO

| Chem. Agent Exposure Area | EX |
|---|---|

Decontaminated w/ Water?
YES / NO / REFUSED

Decontaminated w/ Air?
YES /NO / REFUSED

Self-decontamination
Instructions given ?    YES / NO

Staff issued
Exposure packet ?    YES / NO

Q 15 min. check times

| Initial | 1st Check |
|---|---|
| N/A | N/A |
| 2nd Check | Final |
| N/A | N/A |

TIME/DISPOSITION
RTC 1509

Right    Left    Front    Back

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| A. Hughes, PT (psych Tech) | 216 5433 | T/W | C-5 |

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

NAME OF INSTITUTION: LAC

LOCATION OF EVALUATION:

DATE: 5/26/19

REASON FOR REPORT: ☐ ALLEGATION ☐ ON THE JOB INJURY ☐ USE OF FORCE ☐ INJURY ☐ OTM RETURNS
☑ UNUSUAL OCCURRENCE ☐ PRE AD/SEG ADMISSION ☐ R&R ☐ OTHER _____

NAME: LAST Olivares, FIRST Daniel
CDCR NUMBER: BA0614
PERNR / INST. ID #: N/A
VISITOR ID # (SOMS): N/A

PLACE OF OCCURRENCE: C-Yard
DATE OF OCCURRENCE: 5/26/19
TIME OF OCCURRENCE: 1457
TIME SEEN: 1504
RN NOTIFIED TIME: N/A
PHYSICIAN NOTIFIED TIME: N/A

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"I'm good"

| INJURIES FOUND? YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

Chemical Agent Exposure? YES / NO
Chem. Agent Exposure Area EX
Decontaminated w/ Water? YES / NO / REFUSED
Decontaminated w/ Air? YES /NO / REFUSED
Self-decontamination Instructions given ? YES /NO
Staff issued Exposure packet ? YES / NO

Q 15 min. check times

| Initial | N/A | 1st Check | N/A |
|---|---|---|---|
| 2nd Check | N/A | Final | N/A |

TIME/DISPOSITION: RTC 1506

REPORT COMPLETED BY/TITLE (PRINT AND SIGN): A. Hughes, PT (Psych Tech)
PERNR / INST. ID #: 2165433
RDOs: T/W
ASSIGNMENT AREA: C-5

# PROOF OF SERVICE

## (C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _ANTHONY BORJA_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_CSP·SACRAMENTO - A7 #219_
_P·O· BOX·290066_
_REPRESA, CA 95671_

On, _MAY 11 2021_, I served the following documents:

_2-SETS_

~~THE~~ _CIVIL RIGHTS COMPLAINT, 42 U·S·C 1983 ; ~~~~ (16 PAGES) TOTAL ~~~~ AND_
_CAL·DEPT OF CORRECTIONS 602/602(A) INMATE APPEAL FORMS EXHAUSTED W/ ATTACHMENTS_
_20 ~~~~ PAGES ~~~~_

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _CLERK OF THE COURT_          2. _____
_U·S COURT HOUSE CENTRAL DISTRICT_      _____
_OF CALIFORNIA_                _____
_312 N·SPRING STREET_          _____
_LOS ANGELES, CA 90012_        _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _17_ day of _MAY_, _2021_, at California State Prison - Sacramento, Represa, California.

(Signature) _Borja Anthony_

ANTHONY BORJA #T-54311
CSP-~~XXXXXX~~ SACRAMENTO A-7#219
P.O. BOX 290066
REPRESA, CA 95671

Prison Generated Mail
CSP-SACRAMENTO

US POSTAGE PITNEY BOWES
ZIP 95630 $ 008.25
02.4R
0000338428 MAY 12 2021

PRIORITY MAIL
★ ★ ★
TRACKED
INSURED

UNITED STATES
POSTAL SERVICE®
For Domestic Use Only
Label 107R, July 2013

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

CV

LEGAL MAIL
CONFIDENTIAL

TO CLERK OF THE COURT
U.S. COURT HOUSE · OF THE CENTRAL DISTRICT
CENTRAL DISTRICT OF CALIFORNIA
312 N. SPRING ST
LOS ANGELES, CA 90012

RECEIVED
MAY 12 2021
CSP-SACRAMENTO



STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| /9 08771 | LAC-C | 19-03074 | √7 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| BORJA, ANTHONY JOSE | T54311 | C-5-230 | E-O-P |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** BORAYO, SHE KEPT PUSHING THEM UP TOWARDS THE BACK OF MY HEAD 'I SCREAMED & SCREAMED IN PAIN 'MULTIPLE TIMES THAT SHE WAS BREAKING MY ARMS AS THEY WERE CUFFED TOGETHER. IN HER DISTINCT VOICE SHE SAID "SHUT THE FUCK UP BEFORE I BREAK YOUR OTHER ARM," & KEPT PUSHING THEM UP AS I WOULD SCREAM IN PAIN. I WAS LATER RETURNED BACK TO MY HOUSING UNIT "C-5" & MY CELL WAS DESTROYED, SHAMPOO ON BEDDING, FLOOR, LEGAL WORK & CD'S IN TOILET (SOME). I WAS TOLD C/O BORAYO WAS C/O WHO CAME INTO MY CELL - AFTER SHE HURT MY RIGHT SHOULDER DOING WHAT SHE WAS DOING TO ME AFTER I WAS CUFFED UP & ME TALKING BACK TO HER. I'VE HAD 2 R.N VISITS TO MEDICAL SINCE. I CANNOT LIFT MY RIGHT ARM, UP, FOWARD, OUT SIDEWAYS, BACK WOUT MASSIVE PAIN IN & HAVE NO STRENGTH. I CAN'T SLEEP DUE TO THE PAIN WHICH CAUSES ANXIETY, FRUSTRATION DUE TO INJURY C/O BORAYO DID TO ME AFTER I WAS HANDCUFFED BEHIND MY BACK ON MY STOMACH. I FELT SOMETHING POP & SNAP LIKE MAYBE TORN CARTILGE OR NERVE'S 'NOT BROKEN BONE. I WILL FILE MEDICAL ISSUES ON MEDICAL 602 - THAT RESULTED BECAUSE OF HER SADISTIC EXCESSIVE USE OF FORCE!

Inmate/Parolee Signature: _Bee g_     Date Submitted: 6/6/19

**B. Continuation of CDCR 602, Section B only (Action requested):** EXCESSIVE USE OF FORCE POLICYS TO APPLY TO HER & NOT DENIED AS IS TYPICAL IN CDC AS TO NOT MAKE HER SUPERVISORS LOOK BAD, AFTER ALL IF SHE'S ACTING THIS WAY DOING WHAT SHE WANTS HOW SHE WANTS AGAINST DEPARTMENT POLICY, IT MAKES HER BOSSES LOOK LIKE THERE NOT DOING THERE JOB WHICH THEY WON'T PERMIT (4) COMPENSATION FOR MY RIGHT SHOULDER, AND (5) DON'T COMMUNICATE TO ME WHAT I WANT DONE TO CDCR EMPLOYEES " IT IS MY RIGHT '- CAUSE IT'S MY BODY & CIVIL RIGHT'

Inmate/Parolee Signature: _Beett_     Date Submitted: 6/6/19

REC BY OOA
JUL — 2019
S T A F F   U S E   O N L Y

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

Side 2

D. **Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

Inmate/Parolee Signature: _____   Date Submitted: _____

F. **Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** OCCURED. ALSO TITLE IS § 3268 (a)(2) "UNNECESSARY FORCE"; § 3268.3(a)(1) AND (B)(c) FAILING TO DISCLOSE WHAT SHE WAS DOING TO ME, DID TO ME." 3268.1(e)(1) REPORTING AND INVESTIGATING USE OF FORCE FOR FIELD STAFF. I NEVER ASKED FOR A APPEAL "INQUIRY." I AM WILLING TO TAKE A POLYGRAPH EXAMINATION TITLE IS. § 3293(a), TO PROVE (1) MY GRIEVANCE IS TRUTHFUL (2) TO PROVE OFFICER J. BORRAYO GENERATED A FALSE STATE DOCUMENT. J. BORRAYO SEARCHED & HANDCUFFED ME WHILE I WAS "PRONED OUT" ON MY STOMACH AND ASSAULTED ME CAUSING ME (S.B.I.) SERIOUS BODILY INJURY § 3000 TITLE IS. OFFICER O. ROMO TOOK ME AWAY FROM HER AT A ATTEMPT TO DEFUSE THE SITUATION. HE ROMO SEARCHED & HANDCUFFED INMATE OLIVARES — HOWEVER JUMPED OVER DUE TO HER CUSSING AT ME & ME AT HER FOR THE ABUSE SHE WAS INFLICTING ON ME. HOWEVER THE REPORT SHE/HE AUTHORED. STATE OTHERWISE. "THAT SHE J. BORRAYO 'INSTRUCTED' INMATE OLIVARES TO PRONE OUT PLACED HIM IN RESTRAINTS & SO FORTH. O. ROMO'S AS WELL. THE REPORTS ARE SWITCHED TO PROTECT HER & WHAT SHE DID. 602 INMATE APPEALS THAT RESULT FROM EXCESSIVE/OR UNNECESSARY FORCE RESULTING IN SERIOUS BODILY INJURY WILL ALWAYS BE DENIED TO PROTECT THE OFFICERS WRONGFUL CONDUCT UNTIL THERE ARE CCTV CAMERAS ON THE YARD TO CAPTURE OR DISCOURAGE THE MASSIVE CORRUPTION. THAT STAFF DID NOT VIOLATE POLICY IN THE FINDINGS IN SECOND LEVEL RESPONSE IS A JOKE. I'LL DO A POLYGRAPH WILL THEY? PER CAL CODE TITLE IS.

Inmate/Parolee Signature: _Bley_   Date Submitted: 7-6-3-19