# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY BORJA,<br><br>        Plaintiff,<br><br>    v.<br><br>J. BORRAYO, et al.,<br><br>        Defendants. | Case No. CV 21-4148-DDP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS ORDERED that: (1) Defendant Romo-Munoz's Motion to Dismiss is denied; and (2) Romo-Munoz shall file an Answer to the Complaint within fourteen (14) days of this Order.

DATED: February 6, 2023

                                                            DEAN D. PREGERSON<br>
                                              UNITED STATES DISTRICT JUDGE