UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV21-4148 DDP (MRW) | Date | September 21, 2023 |
|---|---|---|---|
| Title | Jose Anthony Borja v. J. Borrayo et al. | | |

Present: The Honorable  Michael R. Wilner, United States Magistrate Judge

| James Muñoz | CS 09/21/23 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Jose Borja, Pro se | Peter Nichols |

**Proceedings:** SETTLEMENT CONFERENCE (VIDEO)

The Court conducted a settlement conference with the parties today. The parties were unable to reach an agreement on settlement.

:30
JM