TO: CLERK OF THE COURT.
U.S. DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CA.
312 · N. SPRING ST
LOS ANGELES, CA 90012



FROM: JOSE A. BORJA #T-54311
CSP SACRAMENTO · B8
P.O. BOX · 290066
REPRESA, CA 95671
('IN PROPER )

RE: JOSE BORJA, PLAINTIFF V. J. BORRAYO et al DEFENDER
CASE: NO 2:21 CV. 04148-DDP-MRW
DATE: 9·13·2023

DEAR CLERK FOR THE COURT ROOM OF ~~MMA~~ MAGISTRATE JUDGE
WILNER, I RECIVED A REQUEST ASKING IF THE ATTORNY GENERAL
(DEFENDENTS) AND MYSELF IN PROPER WERE WIILING TO PARTIC-
-iPATE IN A SETTLEMENT CONFRENCE, I GOT MY FORM 3 WEEKS'
AFTER DEPUTY A.G. BEN NICHOLS, I DON'T HAVE MY COPY AS ~~I~~
WE WERE ON A PRISON LOCKdown. I HAD NO LAW LIBRARY
ACCESS ~~&~~ I SENT ~~ox~~ THE ORIGINAL IN ~~ABOUT 5½~~ 2 WEEKS.
~~RECIEVED~~ ON July 16, 2023 AS OF Today I HAVE NOT RECIVED
ANYTHING REGUARDING A SCHEDULED CONFRENCE date - ~~MANAN~~
~~CAM~~ NOR HAVE I RECIVED ANY ACKNOWLEGEMENT THAT THE
COURT RECIVED IT. I Did MARK I WANT TO PARTICIPATE.
CAN you LET ME KNOW WHAT'S GOING ON. IT'S BEEN
2·MONTHES, I NOTICED WE NO LONGER RECIVE ANY ACKNOWL
-EGEMENT OF DOCUMENT'S FILED FROM ~~THE~~ PRO PER INMATES
OATH
I JOSE BORJA ASSERT THAT THE FOREGOING IS TRUE COMPLETE AND
CORRECT TO THE BEST of MY FIRST HAND KNOWIEGE of THE FACTS AND
I will FREELY TESTIFY TO THE PAINS AND PENALTIES OF PURJURY.
SINCERLY,   JOSE BORJA.
Jose Borja-

(1)



CALIFORNIA STATE PRISON–Sacramento
P.O. BOX 290066
Represa, CA 95671

NAME: ANThoNY BORTA

CDCR#: T-54311   Facility/Bed: B-8-128

STATE PRISON
GENERATED MAIL

RECEIVED
SEP 18 2023
BY

Prison Generated Mail
CSP SACRAMENTO

US POSTAGE ᴾᴵᵀᴺᴱʸ ᴮᴼᵂᴱˢ
ZIP 95630   $ 000.6
02 4W
0000338428 SEP 18 2

CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 2 2 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LEGAL MAIL
CONFIDENTIAL

U.S. DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
312 N. SPRING ST
LOS ANGELES, CA 90012

A. Serrano

9/13/23    Exp 7 204

**UNAUTHORIZED ITEMS WITHIN INMATE MAIL**
If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

* No padded envelopes, cardboard, bubble wrap.
* No musical greeting cards, video's, CD's or cassette tapes.
* No Cash. No pens, pencils, or markers.
* No identification cards, credit cards, bank cards, phone cards, etc.
* No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photo drawings, magazines, and/or pictorials displaying frontal nudity of either gender.
  Nothing which depicts, displays or describes sexual penetration or sexual acts.
* NO gang affiliated material, hand gestures or signs.
* No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, glue and/or glitter.
* No tattoo patterns or tracing patterns. No jewelry.
* No mail containing unknown substance, any powder, liquid, and/or solids.
* No unauthorized correspondence between inmates/parolees.
* No Lipstick, perfume, cologne, or scents on the contents or envelope.
* No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed documentation of the mail policies and procedures.
* All incoming mail must have full return address.

**AUTHORIZED ITEMS WITHIN INMATE MAIL**

* 40 Postage Stamps /40 envelopes
* Letters/greeting cards
* Checks/money order with Inmate's name and CDC#
* Writing paper (white/yellow lined only).
* Publications (books, magazines, newspapers) MUST come directly from vendor.
* For funds to be mailed directly to inmates account, send through www.jpay.com or (800) 574-5729.