ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
PETER BEN NICHOLS
Deputy Attorney General
State Bar No. 289706
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 321-5789
  Fax: (619) 645-2581
  E-mail: Ben.Nichols@doj.ca.gov
*Attorneys for Defendants*
*J. Borrayo and O. Romo Munoz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOSE ANTHONY BORJA,**<br><br>                Plaintiff,<br><br>v.<br><br>**J. BORRAYO, et al.,**<br><br>              Defendants. | 2:21-cv-04148-DDP (JEM)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))<br><br>Judge:    The Honorable Dean D. Pregerson<br>Trial Date:  Not Set<br>Action Filed: 5/17/2021 |

1

Stip. Voluntary Dismissal (2:21-cv-04148-DDP (JEM)

Plaintiff Jose Anthony Borja ("Plaintiff") and Defendants J. Borrayo and O. Romo-Munoz have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 12.18.2023

_____
Jose Anthony Borja
*Plaintiff*

Dated: 1/3/24

*/s/ Peter B. Nichols*
_____
Peter B. Nichols
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants*
*J. Borrayo and O. Romo Munoz*

LA2021802259

2

Stip. Voluntary Dismissal (2:21-cv-04148-DDP (JEM)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Jose Anthony Borja v. J. Borrayo, et al.** | No. | **2:21-cv-04148-DDP (MRW)** |

I hereby certify that on February 9, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 9, 2024, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jose Anthony Borja
T-54311
California State Prison - Sacramento
100 Prison Road, Represa, CA 95671
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 9, 2024, at San Diego, California.

| | |
|---|---|
| A. Flores | [signature] |
| Declarant | Signature |

LA2021802259
84375853.docx