CAL. STATE PRISON SACRAMENTO
P.O. BOX 290066
REPRESA, CA 95671
(PROPER)



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JOSE A. BORJA | CASE NO: 2:21-CV-4148-DDP(MRW) |
| V. | RE: PAST DEADLINE TO |
| J. BORRAYO et al | RECIVE SETTLEMENT FUNDS |
| DEFENDENTS | |
| | JUDGE: DEAN D. PREGERSON |

TO HON MICHAEL R.W. I UNDERSTAND THIS CASE WAS FINALIZED & CLOSED ON 2/28/24. IT WAS CLOSED WITH PREJUDICE ONLY BECAUSE WITH YOUR ASSISTANCE THE PARTIES CAL. DEPT OF CORRECT-IONS & I INCLUDING A DEPUTY A.G. PETER B. NICHOIS CAME TO A SETTLEMENT AGREEMENT IN THE AMMOUT OF $14,000.00 I SIGNED THE DOCUMENTS, INCLUDING A PAYEE DATA FORM, THE CONTRACT & A AGREMENT TO DISMISS THE CASE ON OR AROUND DECEMBER 16, 2023. I HAVE NO DOCUMENTS IN MY POSSESS-ION & AM WRITING WITH A PEN FILLER BEACUSE I AM IN THE PRISON HOSPITAL SO APPOLAGYS.

WELL AS OF TODAYS DATE I HAVE NOT RECIVED THE FUNDS, NOR HAS THE PRISON TO MY KNOWLEGE. I SHOULD OF RECIVED IT AT THE MAXIMUM OF 6 MONTHES & OR ONLY IF THEIR WAS A STATE BUDGET SHORT FALL OR IMPASS

1

2 WEEKS AFTER SIGNING THE RECITALS ON THE AGREEMENT I NOTICED THERE WAS A WRONG CASE NO: ON IT & IMEDIATLY NOTIFIED DEPUTY A.G. MR NICHOLS DOWN IN SAN DIEGO WHICH HE ACKNOWLEGED RECIVING. WHEN I SPOKE TO HIM THE 1st OF JUNE BY PHONE CALL OF THIS YEAR. HE SEEMS TO HAVE REPET-EDLY PUT ME ON THE BACK BURNER I'VE WRITTEN HIM TWICE & OF THE 3 TIMES I FINALLY GOT HIM ON THE PHONE THE ONLY THING I GOT OUT OF HIM IS A HALFASS ANSWER THAT SOUND-ED MORE LIKE OFFICE RUMOR OF "OH YOU HAVEN'T GOT IT YET?" "I THINK I HEARD SOMETHING ABOUT CHECKS BEING LOST OR MISPLACED IN MARCH". SO I ASK SO WHAT DOES IS THAT SUPPOSED TO MEAN? 2-LEGAL BEGALS INMATES WHO I SPOKE TO SAID THEY GOT THIERS IN AROUND 3 1/2 MONTHES FROM THE DAY THEY RETURNED THEIR SIGNED DOCUMENTS FOR THE SETTLEMENT AGREEMENT, & THE AGREEMENT HAS 120 DAYS UP DEPUTY A.G. NICHOLS SAID TO CALL HIM THE FOLLOWING DAY. IT TOOK 3 DAYS TO GET HIM ON THE PHONE WITH ONLY A DUMB REMARK OF "YOUR ONE OF THE 3 GUYS I THOUGHT DESERVED YOUR $" "I'LL GET ON IT. CALL ME TOMORROW. IT TOOK A FEW MORE DAYS, I GOT HIM ON THE LINE HE SAYS HE HASNT GOT THRU TO ANY BODY "CALL BACK & SINCE THEN I COULDNT GET HIM ON THE LINE AT LEAST UP TO ABOUT 2 1/2 WEEKS AGO AS I'VE BEEN IN THE HOSPITAL.

   SO SIR I REALLY COULD USE SOME TYPE OF HELP IN COLLECTING MY SETTLEMENT FUNDS.

AFTER $9,000.00 RESTITUTION I SHOULD BE LEFT WITH ABOUT $5,000. ~~THIS~~ IM IN PRISON I CANT KEEP CHASING THIS GUY AROUND IT WASN'T PART OF THE DEAL. I'VE BEEN COOL & CURTIOUS TO DEPUTY A.G. PETER B. NICHOLS THRUOUT THIS CASE ~~[crossed out]~~ NOT BETTER THAN HE'S BEEN TO ME I THINK HE THINKS IM SOME DUMMY. 120 DAYS WAS WHAT THE CONTRACT SAID OR UP TO 6 MONTHES - MAX.

OK SIR I'D APPRECIATE SOME ASSISTANCE IN THIS MATTER THAT SHOULDN'T EVEN BE A ISSUE IN THE COURTS I'D HATE TO WAST TIME IN REFILING THIS CASE. ALSO I HAVE NO ACCESS TO A COPY MACHINE OR WRITING MATERIALS AT THIS TIME ANYMORE TO SEND ~~[crossed out]~~ DEPUTY A G PETER NICHOLS A COPY.

DECLARATION

I JOSE BORJA, ASSERT THAT THE FOREGOING IS TRUE COMPLETE, CORRECT TO THE BEST OF MY FIRST HAND KNOWLEGE OF THE FACTS AND I WILL TESTIFY TO THE SAME UNDER THE PAINS AND PENALTYS OF PURJURY.

SINCERLY, JOSE BORJA

*Jose Borja*

PLAINTIFF
IN PROPER

JULY, 16, 2024

3



